Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JOSE VASQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE S. VASQUEZ,  )<br>  )<br>       Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner  )<br>  )<br>of Social Security,  )<br>  )<br>       Defendant  )<br>_____ ) | Case No.:   1:09-CV-01894 SMS<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE;<br><br>ORDER |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jose Vasquez ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 25, 2010; and that Defendant shall have until September 27, 2010, to file his opposition, if any is forthcoming.

PDF created with pdfFactory trial version www.pdffactory.com

An extension of time for plaintiff is needed in order to allow plaintiff to properly address the issues within the 532 page administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 24, 2010          Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ Steven G. Rosales
                         BY: _____
                             Steven G. Rosales
                             Attorney for plaintiff JOSE VASQUEZ

DATED:  June 24, 2010        BENJAMIN WAGNER
                             United States Attorney


                             */S/- Daniel P. Talbert

                             _____
                             Daniel P. Talbert
                             Special Assistant United States Attorney
                             Attorney for Defendant
                             [*Via email authorization]

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including August 25, 2010, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to September 27, 2010 to consider the
4 contentions raised in Plaintiff's Opening Brief, and file any opposition if
5 necessary.
6  IT IS SO ORDERED.
7 Dated:   June 29, 2010          /s/ Sandra M. Snyder
8 **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com